**A. GREENSPON PIPE CO., Appellant**

v.

**SAPULPA TANK COMPANY.**

**No. 17157.**

United States Court of Appeals
Eighth Circuit.

March 15, 1963.

Leland Jones, St. Louis, Mo., for appellant.

John M. Goodwin, St. Louis, Mo., for appellee.

PER CURIAM.

Oral Motion of counsel on behalf of appellee for dismissal of appeal sustained and appeal from District Court dismissed 209 F.Supp. 118.

**Keith B. ABELL and Robert E. Caine, Appellees,**

v.

**LeRoy HOOTS, Appellant.**

**No. 8835.**

United States Court of Appeals
Fourth Circuit.

Argued April 2, 1963.

Decided April 8, 1963.

Fred S. Hutchins, Winston-Salem, N. C. (Deal, Hutchins & Minor, Winston-Salem, N. C., on brief), for appellant.

Karl N. Hill, Jr., Greensboro, N. C. (Welch Jordan; Jordan, Wright, Henson & Nichols, and Sapp & Sapp, Greensboro, N. C., on brief), for appellees.

Before BOREMAN, BRYAN and BELL, Circuit Judges.

PER CURIAM.

This motor vehicle accident case was tried before the District Court without a jury. Upon examination of the record we conclude that the court's findings of fact and conclusions of law are fully supported by the evidence.

Affirmed.

**Fred P. PURSELL and Helen Pursell, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 14165.**

United States Court of Appeals
Third Circuit.

Argued March 8, 1963.

Decided April 16, 1963.

Edwin M. Kosik, Scranton, Pa. (L. E. Renard, Scranton, Pa., on the brief), for petitioners.

Michael A. Mulroney, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before BIGGS, Chief Judge, and KALODNER and FORMAN, Circuit Judges.

PER CURIAM.

We have examined the record in this case and have weighed carefully the arguments of the parties. We can perceive no error. Consequently, the decision of the Tax Court will be affirmed on the careful opinion of Judge Drennen, 38 T.C. 263.